Model Plan  
11/22/2013

Trustee: ☐ Marshall ☐ Meyer  
☐ Stearns ☒ Vaughn

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ) Case No. **14-18642**  
)  
**Mohammad Khurram Mozaffar** )  
**Ahmereen Azim Khan** )  
)  
Debtors. ) Amended Chapter 13 Plan, October 13, 2014

☒ **A check in this box indicates that the plan contains special provisions, set out in Section G. Otherwise, the plan includes no provisions deviating from the model plan adopted by the court at the time of the filing of this case.**

**Section A.**  
*Budget items*

1. As stated in the debtor's Schedule I and J, (a) the number of persons in the debtor's household is **6**; (b) their ages are **41, 40, 2, 4, 7, 8**; (c) total household monthly income is $ **12,208.99**; and (d) total monthly household expenses are $ **10,940.00**, leaving $ **1,268.99** available monthly for plan payments.

2. The debtor's Schedule J includes $ **N/A** for charitable contributions; the debtor represents that the debtor made substantially similar contributions for **N/A** months prior to filing this case.

**Section B.**  
*General items*

1. The debtor assumes all unexpired leases and executory contracts listed in Section G of this plan; all other unexpired leases and executory contracts are rejected. Both assumption and rejection are effective as of the date of plan confirmation.

2. Claims secured by a mortgage on real property of the debtor, set out in Section C or in Paragraph 2 of Section E of this plan, shall be treated as follows:

(a) *Prepetition defaults.* If the debtor pays the cure amount specified in Paragraph 5 of Section E, while timely making all required postpetition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition.

(b) *Costs of collection.* Costs of collection, including attorneys' fees, incurred by the holder after the filing of this bankruptcy case and before the final payment of the cure amount specified in Paragraph 5 of Section E may be added to that cure amount pursuant to order of the court on motion of the holder.

3. The holder of any claim secured by a lien on property of the estate, other than a mortgage treated in Section C or in Paragraph 2 of Section E, shall retain the lien until the earlier of (a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the creditor.

4. The debtor shall retain records, including all receipts, of all charitable donations listed in Schedule J.

1

**Section C.**
*Direct payment of claims by debtor*

☒ The debtor will make no direct payments to creditors holding prepetition claims. /or/

☐ The debtor will make current monthly payments, as listed in the debtor's Schedule J-- increased or decreased as necessary to reflect changes in variable interest rates, escrow requirements, collection costs, or similar matters--directly to the following creditors holding claims secured by a mortgage on the debtor's real property:

Creditor: **-NONE-**, monthly payment, $ _____

**Section D.**
*Payments by debtor to the trustee; plan term and completion*

1. *Initial plan term.* The debtor will pay to the trustee $ **910.00** monthly for **60** months [and $ _____ **monthly for an additional** _____ **months**], for total payments, during the initial plan term, of $ **54,600.00**. [Enter this amount on Line 1 of Section H.]

2. *Adjustments to initial term.* If the amount paid by the debtor to the trustee during the initial plan term does not permit payment of general unsecured claims as specified in Paragraphs 8 and 9 of Section E, then the debtor shall make additional monthly payments, during the maximum plan term allowed by law, sufficient to permit the specified payments.

3. *Plan completion.* ☒ The plan will conclude before the end of the initial term, as adjusted by Paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan /or/
☐ The plan will conclude before the end of the initial term at any time that the debtor pays to the trustee the full amounts specified in Paragraphs 1 and 2.

**Section E.**
*Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

1. *Trustee's fees.* Payable monthly, as authorized; estimated at **5.00**% of plan payments; and during the initial plan term, totaling $ **2,730.00**. [Enter this amount on Line 2a of Section H.]

2. *Current mortgage payments.* Payable according to the terms of the mortgage, as set forth below, beginning with the first payment due after the filing of the case. Each of these payments shall be increased or decreased by the trustee as necessary to reflect changes in variable interest rates, escrow requirements, or similar matters; the trustee shall make the change in payments as soon as practicable after receipt of a notice of the change issued by the mortgage holder, but no later than 14 days after such receipt. The trustee shall notify the debtor of any such change at least 7 days before putting the change into effect. Any current mortgage payment made by the debtor directly to the mortgagee shall be deducted from the amounts due to be paid to the trustee under this plan.

**-NONE-**

The total of all current mortgage payments to be made by the trustee under the plan is estimated to be $ **0.00**. [Enter this amount on Line 2b of Section H.]

3.1. *Other secured claims secured by value in collateral.* All secured claims, other than mortgage claims treated above and claims treated in Paragraph 3.2, are to be paid in full during the plan term, with interest at an annual percentage rates and in the fixed monthly amounts specified below regardless of contrary proofs of claim (subject to reduction with the consent of the creditor): **(Except as stated in Section G. below.)**

**-NONE-**

2

[All claims in the debtor's Schedule D, other than mortgages treated above and claims for which the collateral has no value, must be listed in this paragraph.]

The total of all payments on these secured claims, including interest, is estimated to be $ __0.00__ . [Enter this amount on Line 2c of Section H.]

3.2 *Other secured claims treated as unsecured.* The following claims are secured by collateral that either has no value or that is fully encumbered by liens with higher priority. No payment will be made on these claims on account of their secured status, but to the extent that the claims are allowed, they will be paid as unsecured claims, pursuant to Paragraphs 6 and 8 of this section.
**-NONE-**

4. *Priority claims of debtor's attorney*. Payable in amounts allowed by court order. The total claim of debtor's attorney is estimated to be $ __0.00__ . [Enter this amount on Line 2d of Section H.]

5. *Mortgage arrears*. Payable as set forth below, regardless of contrary proofs of claim, except that the arrears payable may be reduced either with the consent of the mortgagee or by court order, entered on motion of the debtor with notice to the trustee and the mortgagee. Any such reduction shall be effective 14 days after either the trustee's receipt of a notice of reduction consented to by the mortgagee or the entry of a court order reducing the arrearage.
**-NONE-**

6. *Allowed priority claims other than those of the debtor's attorney*. Payable in full, without interest, on a pro rata basis. The total of all payments on non-attorney priority claims to be made by the trustee under the plan is estimated to be $ __19,687.28__ . [Enter this amount on Line 2f of Section H.] Any claim for which the proof of claim asserts both secured and priority status, but which is not identified as secured in Paragraphs 2, 3.1, or 3.2 of this section, will be treated under this paragraph to the extent that the claim is allowed as priority claim.

7. *Specially classified unsecured claim*. A special class consisting of the following non-priority unsecured claim:__-NONE-__ shall be paid at __N/A__% of the allowed amount. The total of all payments to this special class is estimated to be $__N/A__. [Enter this amount on Line 2g of Section H.]

Reason for the special class: __N/A__.

8. *General unsecured claims (GUCs)*. All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ☒ in full, /or/ ☐ to the extent possible from the payments set out in Section D, but not less than __N/A__% of their allowed amount. [Enter minimum payment percentage on Line 4b of Section H.] Any claim for which the proof of claim asserts secured status, but which is not identified as secured in section C, or Paragraphs 2, 3.1, 3.2 or 5 of this section, will be treated under this paragraph to the extent that the claim is allowed without priority.

9. *Interest*. ☒ Interest shall not be paid on unsecured claims /or/ ☐ interest shall be paid on unsecured claims, including priority and specially classified claims, at an annual percentage rate of __N/A__% [Complete Line 4d of Section H to reflect interest payable.]

**Section F.** The trustee shall pay the amounts specified in Section E of this Plan in the following order
*Priority* of priority, with claims in a given level of priority reduced proportionately in the event of insufficient plan payments: (1) trustee's fee; (2) current mortgage payments; (3) secured claims

**3**

listed in Section E, Paragraph 3.1; (4) priority claims of the debtor's attorney; (5) mortgage arrears; (6) priority claims other than those of the debtor's attorney; (7) specially classified non-priority unsecured claims; and (8) general unsecured claims.

**Section G.**
*Special terms*

Notwithstanding anything to the contrary set forth above, this Plan shall include the provisions set forth in the box following the signatures. The provisions will not be effective unless there is a check in the notice box preceding Section A.

**Section H.**
*Summary of payments to and from the trustee*

(1) Total payments from the debtor to the Chapter 13 trustee (subject to Paragraph 2 of Section D)    $ 54,600.00

(2) Estimated disbursements by the trustee for non-GUCs (general unsecured claims):
   (a) Trustee's fees    $ 2,730.00
   (b) Current mortgage payments    $ 0.00
   (c) Payments of other allowed secured claims    $ 0.00
   (d) Priority payments to debtor's attorney    $ 0.00
   (e) Payments of mortgage arrears    $ 0.00
   (f) Payments of non-attorney priority claims    $ 19,687.28
   (g) Payments of specially classified unsecured claims    $ 0.00
   (h) Total *[add Lines 2a through 2g]*    $ 22,417.28

(3) Estimated payments available for GUCs and interest during initial plan term *[subtract Line 2h from Line 1]*    $ 32,182.72

(4) Estimated payments required after initial plan term:
   (a) Estimated total GUCs, including unsecured deficiency claims under § 506(a)    $ 31,978.96
   (b) Minimum GUC payment percentage    100 %
   (c) Estimated minimum GUC payment *[multiply line 4a by line 4b]*    $ 31,978.96
   (d) Estimated interest payments on unsecured claims    $ 0.00
   (e) Total of GUC and interest payments *[add Lines 4c and 4d]*    $ 31,978.96
   (f) Payments available during initial term *[enter Line 3]*    $ 32,182.72
   (g) Additional payments required *[subtract Line 4f from Line 4e]*    $ -203.76

(5) Additional payments available:
   (a) Debtor's monthly payment less trustee's fees and current mortgage payments made by the trustee    $ N/A
   (b) Months in maximum plan term after initial term    N/A
   (c) Payments available *[multiply line 5a by line 5b]*    $ N/A

**Section I.**
*Payroll Control*

☐ A check in this box indicates that the debtor consents to immediate entry of an order directing the debtor's employer to deduct from the debtor's wages the amount specified in Paragraph 1 of Section D and to pay that amount to the trustee on the debtor's behalf. If this is a joint case, details of the deductions from each spouse's wages are set out in Section G.

**Signatures**   Debtor(s) [Sign only if not represented by an attorney]

4

|  |  | **Date** |
| --- | --- | --- |

**Debtor's Attorney**   /s/ Nathan Volheim     **Date** October 13, 2014

*Attorney Information (name, address, telephone, etc.)*

Nathan Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
630-575-8181
Fax: 630-575-8188

**Special Terms** *[as provided in Paragraph G]*

**Special Intentions:**

**1. Debtors are surrendering the real property located at 1000 W. 15th Street, Unit 330, Chicago, Illinois to GreenTree Servicing, LLC and Bank of America, N.A. in full satisfaction of their secured claims.**

**2. Debtors shall make direct payments to all student loan companies for the student loans. All student loan companies are authorized to send monthly statements directly to the Debtors.**

**3. Debtors shall assume the residential lease with Murli Tolaney.**

**4. Unsecured claims filed after the claim bar date shall not be paid by the Chapter 13 Trustee.**

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                                  Case No. 14-18642-JSB
Mohammad Khurram Mozaffar                                               Chapter 13
Ahmereen Azim Khan
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal                Page 1 of 3                   Date Rcvd: Oct 15, 2014
                              Form ID: pdf003               Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db/jdb         +Mohammad Khurram Mozaffar,    Ahmereen Azim Khan,    132 Luben Lane,   Arcadia, CA 91006-4679
21945618       +Adventist Bolingbrook Hospital,   500 Remington Boulevard,    Bolingbrook, IL 60440-4988
21945620       +Adventist Hinsdale Hospital,   120 North Oak Street,    Hinsdale, IL 60521-3890
21945619       +Adventist Hinsdale Hospital,   135 North Oak Street,    Hinsdale, IL 60521-3860
21945621       +Adventist Hinsdale Hospital,   PO Box 7000,   Bolingbrook, IL 60440-7000
22028720       +Arrowood Indemnity Company,   c/o Goodman Law Firm LLC,    700 Commerce Drive, Suite 500,
                 Oak Brook, IL 60523-8736
21945622       +Bank of America, N.A.,   Mail Stop TX2-982-03-03,    7105 Corporate Drive PTX-B-209,
                 Plano, TX 75024-4100
21945623       +California State Income Tax,   PO Box 942840,   Sacramento, CA 94240-0001
21945625       +Capital One, N.A.,   1680 Capital One Drive,   Mc Lean, VA 22102-3407
21945626       +Chase,   ATTN: Bankruptcy Department,   P.O. Box 15298,   Wilmington, DE 19850-5298
21945627       +Chase,   3415 Vision Drive,   Mail Code OH4-7142,   Columbus, OH 43219-6009
21945628       +Codilis & Associates, P.C.,   15W030 N. Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
21945631       +Department Of Education/MOHELA,   633 Spirit Drive,    Chesterfield, MO 63005-1243
22009206       +Department Stores National Bank/Macy's,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
21945629       +Department of Education,   FedLoan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
21945632       +Empact Emergency,   PO Box 366,   Hinsdale, IL 60522-0366
21945633       +Empact Emergency Physicians,   2000 Ogden Avenue,   Aurora, IL 60504-7222
21945634       +Enhanced Recovery Co,   PO Box 3002,   Southeastern, PA 19398-3002
21945636        Equifax Information Services, LLC,   1550 Peachtree Street NW,    Atlanta, GA 30309
21945637       +Experian Information Solutions, Inc.,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
22194903        Franchise Tax Board,   Bankruptcy Section MS A340,   POB 2952,   Sacramento, CA 95812-2952
21945639       +Good Samaritan Hospital,   3815 Highland Avenue,   Downers Grove, IL 60515-1590
21945640        Good Samaritan Hospital,   P.O. Box 4257,   Carol Stream, IL 60197-4257
21945641       +Goodman Law Group,   700 Commerce #500,   Oak Brook, IL 60523-8736
22435384        Greentree Servicing LLC,   c/o Keith Levy,   P.O. Box 165028,   Columbus, OH 43216-5028
21945643       +HSBC,   One HSBC Center,   Buffalo, NY 14203-2842
21945644       +HSBC,   Attn: CLM FAP,   2929 Walden Avenue,   Depew, NY 14043-2690
21945646      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    PO Box 19035,
                 Springfield, IL 62794)
21945645        Illinois Department of Revenue,   Po Box 64338,   Chicago, IL 60664-0338
21945647        Illinois Department of Revenue,   PO Box 19006,   Springfield, IL 62794-9006
21945650       +Keis George LLP,   One N. LaSalle #2046,   Chicago, IL 60602-3926
21945652       +Macy's,   Po Box 183083,   Columbus, OH 43218-3083
21945653       +Macy's Inc.,   9111 Duke Boulevard,   Mason, OH 45040-8999
21945654       +Manley Deas Kochalski LLC,   One East Wacher, Suite 1730,    Chicago, IL 60601-1980
21945655       +Merchants Credit Guide,   223 W. Jackson Boulevard,    Suite 700,   Chicago, IL 60606-6914
21945656       +Mohela/Department of Education,   633 Spirit Drive,    Chesterfield, MO 63005-1243
22155804        Navient Solutions, Inc.,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
22075810       +PEOPLES GAS LIGHT & COKE COMPANY,   200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6434
21945661      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    Po box 12914,   Norfolk, VA 23541)
21945658       +Palo Alto Medical Foundation,   PO Box 742791,   Los Angeles, CA 90074-2791
21945659       #+Peoples Gas,   130 E. Randolph Street,   Chicago, IL 60601-6207
21945660       +Pierce & Associates,   1 North Dearborn,   Ste 1300,   Chicago, IL 60602-4373
21945663       +Portfolio Recovery Associates, Inc,    120 Corporate Boulevard,   Norfolk, VA 23502-4962
21945664       +Rush Copley Medical Center,   2000 Ogden Avenue,   Aurora, IL 60504-5893
21945669       +Sunrise Credit Service,   234 Airport Plaza Boulevard S,    Farmingdale, NY 11735-3938
21945671       +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
21945672       +University Commons II Condo Association,   1000-1070 W. 15th Steet,   Chicago, IL 60608-1882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22078841        E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2014 02:08:53
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21945624       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2014 02:11:07     Capital One, N.A. *,
                 c/o American Infosource,   P.O Box 54529,   Oklahoma City, OK 73154-1529
21945630       +E-mail/PDF: pa_dc_ed@navient.com Oct 16 2014 02:08:53     Department of Education / Sallie Mae,
                 Po Box 9635,   Wilkes Barre, PA 18773-9635
21945635       +E-mail/Text: bknotice@erccollections.com Oct 16 2014 02:00:22     Enhanced Recovery, Co.,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
21945638       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2014 02:10:44
                 GE Capital Retail Consumer Finance,   1600 Summer Street,   Fifth Floor,
                 Stamford, CT 06905-5125
21945642        E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 16 2014 01:59:28     GreenTree Servicing, LLC,
                 345 St. Peter Street,   Saint Paul, MN 55102
21945649        E-mail/Text: cio.bncmail@irs.gov Oct 16 2014 01:59:18     Internal Revenue Service,
                 P.O. Box 802503,   Cincinnati, OH 45280
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                   Date Rcvd: Oct 15, 2014
                              Form ID: pdf003             Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
21945651       +E-mail/Text: ndaily@ksnlaw.com Oct 16 2014 01:59:38      Kovitz Shifrin Nesbit,
                 750 Lake Cook Road, #350,    Buffalo Grove, IL 60089-2086
21945657       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 16 2014 02:00:32
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
22061852        E-mail/PDF: pa_dc_litigation@navient.com Oct 16 2014 02:06:56
                 Navient Solutions Inc. on behalf of USAF,     Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
22372701       +E-mail/Text: g17768@att.com Oct 16 2014 01:59:02       Pacific Bell Telephone Company,
                 % AT&T Services, Inc,     Karen Cavagnaro, Paralegal,     One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
21945666       +E-mail/PDF: pa_dc_claims@navient.com Oct 16 2014 02:10:45       Sallie Mae,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
21945665       +E-mail/PDF: pa_dc_claims@navient.com Oct 16 2014 02:10:45       Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
21945668        E-mail/PDF: pa_dc_litigation@navient.com Oct 16 2014 02:08:52
                 Sallie Mae Inc. on behalf of USA FUNDS,     Attn:   Bankruptcy Litigation Unit E3419,
                 PO Box 9430,    Wilkes Barre, PA 18773-9430
21958349       +E-mail/Text: ndaily@ksnlaw.com Oct 16 2014 01:59:38
                 University Commons II Condominium Association,     c/o Kovitz Shifrin Nesbit,
                 750 West Lake Cook Rd.,    Suite 350,    Buffalo Grove, IL 60089-2088
                                                                                                TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21945648*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
22386162*       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
21945662*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates LLC,     PO Box 41067,
                 Norfolk, VA 23541)
22511473*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,
                 Successor to CAPITAL ONE BANK (USA), N.A.,    POB 41067,    Norfolk, VA 23541)
21945667*      +Sallie Mae,    Attn: Claims Dept,    Po Box 9500,    Wilkes Barre, PA 18773-9500
21945670      ##+The Bureaus, Inc.,    Attention: Bankruptcy Dept.,    1717 Central Street,
                 Evanston, IL 60201-1507
                                                                                           TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2014 at the address(es) listed below:
```
              Keith Levy    on behalf of Creditor   GreenTree Servicing LLC
               anhsmdk@earthlink.net,anhsmdk@zuckergoldberg.com
              Nathan C Volheim    on behalf of Joint Debtor Ahmereen Azim Khan courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Debtor Mohammad Khurram Mozaffar courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: corrinal              Page 3 of 3                  Date Rcvd: Oct 15, 2014
                               Form ID: pdf003             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Tom   Vaughn    ecf@tvch13.net,    ecfchi@gmail.com
                                                                                                                                                                                                      TOTAL: 5