UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )          BK No.:   14-18642
MOHAMMAD MOZAFFAR                         )
AHMEREEN KHAN                             )
                                          )          Chapter:  13
                                          )
                                          )          Honorable Janet S. Baer
                                          )
         Debtor(s)                        )

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY PRE-CONFIRMATION PLAN**

         THIS CAUSE, coming to be heard on Debtors' Motion to Modify Pre-Confirmation Plan, the Court having jurisdiction over the subject matter and due notice having been given,

         IT IS HEREBY ORDERED:

         Debtors' current pre-confirmation Plan default is deferred to the end of the plan of reorganization.

         .

                                          Enter:

                                                   Honorable Janet S. Baer
                                                   United States Bankruptcy Judge

Dated:  December 11, 2014

**Prepared by:**

Nathan C. Volheim ARDC #6302103
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181